# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

JUN 20 2023
FILED

## COMPLAINT FORM

Full name(s) of Plaintiff(s)
(Do not use *et al.*)

DEAN HENTON

v.

Case No. _____
(To be supplied by the Court)

STATE OF CONNECTICUT
JUDICIAL MARSHAL SERVICES

Full names of Defendant(s)
(Do not use *et al.*)

**A. PARTIES**

1. DEAN HENTON is a citizen of Connecticut who
   (Plaintiff)                              (State)
   presently resides at MACDOUGALL/WALKER C.I, 1153 EAST ST. SOUTH
   (mailing address) SUFFIELD, CT. 06080

2. Defendant JUDICIAL MARSHAL SERVICES is a citizen of Connecticut
   (name of first defendant)                              (State)
   whose address is 61 WOODLAND STREET, 1ST FLOOR,
   HARTFORD, CT. 06105

3. Defendant _____ is a citizen of _____
   (name of second defendant)                        (State)

whose address is _____.

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's identity and complete address.)

## B. JURISDICTION

The jurisdiction of this court is invoked pursuant to: (list statute(s)) Volume #13
Gen. Statutes of CT. Sec. 52-556

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case. On 4/25/22 while being transported to Stamford Superior Court, I Dean Henton was injured during transportation. There were two Marshals, one driving and the other a passenger, myself and six other (inmates) chained up together and cuffed. Approximately "10:15 to 10:20" Monday morning 4/25/22 the Marshal who was driving, suddenly stopped short coming off the Highway Route "8 in Stamford, possibly running a redlight or avoiding an accident. All I know is that speed was a factor for we were already late for our court proceedings that resume at "10:00 am". Myself and the other inmates were thrown up against the inside front of the transport van. We were literally on top of each other handcuffed and nothing secure to hold on to or seat belt restraints. I and another inmate were injured and requested medical attention and was transported to "Stamford Hospital" until 7:00 pm. I was then released and transported back to D.O.C.

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities or my rights under a federal statute have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

Claim I: I feel that I was not believed by the Judicial Marshal Services Director: Brian Pichnarcik, he viewed no video of the incident inside the transport van and because I was released from the hospital does'nt mean I was not injured

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

The names of the Judicial transport marshals I do not have, I have written many times to get the names of these marshals but was unsuccessful. I wrote to the supervisor of these marshals at Stamford Sup. Courthouse to ask for an incident report of 4/25/22 and was denied a copy of that as well as unsuccessful with no comments or apologies. The fact is this (no one) the marshals asked if any of us inmates were injured, after and during the incident, they would have never admitted any transportation incident.

Claim II: _____

Supporting Facts: This is an ongoing problem with marshals and their wreckless driving. I have pain every day in my neck and back which gets numb and difficult to hold certain things for long periods, even sit up because the pain shoots from my neck and arms down to my fingertips

← — OVER — →

never experienced anything like it. Also I am afraid to get into anymore "Judicial Marshal Transportation Vans", I had to experience court proceedings via zoom.

I also speak to a psycologist about my fear of any transportation now.

The Judicial Marshal Services, I feel are being discriminatory because, I'm an (inmate in the Dept. of Corrections etc) and we are considered people who do not matter because of it, and that no one cares about our Health, Welfare or Wellbeing.

## E. REQUEST FOR RELIEF
WHEREFORE, plaintiff demands: (state the relief you seek)

I would like an apology, and I would like to be financially compensated for my pain and suffering, Physical, Mental, Emotional Distress. I have tried to resolve this but to no avail. Gen Statue, Sec. 52-556 states that actions for injuries caused by motor vehicles owned by the State, Any person injured in person or property through the negligence of any State official or employee when operated by motor vehicle owned and insured by the State against personal injury or property damage shall have the right of action against the State to recover damages for such injury.

## F. JURY DEMAND
Do you wish to have a jury trial?   Yes   (No)

I would like to settle this as ~~amicable~~ amicably as we possibly can.

_____  
Original signature of attorney (if any)

_____  
Printed Name

( )  
Attorney's full address and telephone

Email address if available

*Dean Henton* (signature)  
**Plaintiff's Original Signature**

DEAN HENTON  
Printed Name

( ) MacDougall/Walker C.I.  
Plaintiff's full address and telephone 1153 East St.  
South Suffield, CT. 06080

Email address if available

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at MacDougall/Walker C.I. on 6/12/23  
    (location)                              (date)

_____  
Plaintiff's Original Signature

(Rev.3/29/16)

5

Dean Henton, #142131
MacDougall-Walker Correctional Instiute
1153 East Street South
Suffield, CT  06080



Do Mark a my Proof of incident And medical treatment Also Request seeking more treatment.